# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NATALIE P. BRUZZESE,**
Appellant,

v.

**MANNY DIAZ, JR.,** as the Commissioner of Education,
Appellee.

No. 4D22-2700

[May 18, 2023]

Appeal from the State of Florida, Education Practices Commission; EPC No. 21-0399-RT; DOAH No. 21-3400PL.

Mark J. Berkowitz of Mark J. Berkowitz, P.A., Fort Lauderdale, for appellant.

Charles T. Whitelock of Charles T. Whitelock, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***